POND & HASEY COMPANY v. C. M. WINSLOW and Another.[1]

April 20, 1906.

Nos. 14,671—(56).

Appeal by defendants from an order of the municipal court of Minneapolis, Waite, J., denying a motion for a new trial, after a trial and findings in favor of plaintiff for $106.53. Affirmed.

*James D. Shearer* and *Belden, Jamison & Shearer*, for appellants.

*Jay W. Crane*, for respondent.

PER CURIAM.

The principal question in this case is whether the findings of the trial court are sustained by the evidence. The ruling excluding certain evidence offered by defendants was not error. The evidence upon the issue whether the pur-

[1]Reported in 106 N. W. 1133.

chase of the boiler, the value of which plaintiff seeks to recover, was absolute or conditional, was conflicting, presenting a question of fact for the trial court. The findings are not clearly against the evidence and must be sustained.

Order affirmed.